PROB 12C
(7/93)

Report Date:  July 10, 2015

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 10, 2015

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Dennis Streck          Case Number: 0980 4:15CR06001-SMJ-1

Address of Offender: ███████████, College Place, Washington 99324

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: March 21, 2013

Original Offense:          Possession of Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence:          Prison 30 months;                    Type of Supervision: Supervised Release
                            TSR - 36 months

Asst. U.S. Attorney:       Benjamin Seal                        Date Supervision Commenced: June 24, 2015

Defense Attorney:          Rick Lee Hoffman                     Date Supervision Expires: February 23, 2018

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On June 29, 2015, a community corrections officer (CCO) with the Washington State Department of Corrections (DOC) contacted this officer regarding Mr. Streck. The CCO stated Mr. Streck was arrested on June 29, 2015, as he admitted to using a controlled substance, methamphetamine, on or about June 27, 2015, approximately 2 days after Mr. Streck was released from serving federal violation time. Mr. Streck was incarcerated on the violation with DOC from July 29, 2015, through July 1, 2015.

| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month. |
|---|---|

**Supporting Evidence**: As of July 9, 2015, Mr. Streck has failed to submit a written report since his release on June 24, 2015.

**Prob12C**
**Re: Streck, Richard Dennis**
**July 10, 2015**
**Page 2**

3          **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Streck has failed to report a residence change as of July 9, 2015. Mr. Streck had indicated he was staying with his mother at 1433 SE Chickadee in Walla Walla until he could secure a residence of his own. This officer contacted Mr. Streck's mother on July 9, 2015, and was informed he has not been at her residence and she has not seen Mr. Streck since approximately July 4, 2015.

4          **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Streck was admitted to Serenity Point Counseling in Walla Walla, Washington,  on July 1, 2015.  According to staff at Serenity Point, Mr. Streck was set to start his group treatment sessions on July 7, 2015, which he has failed to do.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/10/2015
_____

s/Daniel M. Manning
_____

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

_____
Signature of Judicial Officer

_____07/10/2015_____
Date