PROB 12C
(6/16)

Report Date: September 20, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Dennis Streck,III          Case Number: 0980 4:15CR06001-SMJ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ College Place, Washington 99324

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: March 21, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5861(d) | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentences: | Prison - 4 months<br>TSR - 32 months | |
| | Prison - 11 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: August 3, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: May 2, 2018 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 25, 2016, Mr. Streck was arrested while in Milton-Freewater, Oregon, and charged with attempt to elude (felony), attempt to elude (misdemeanor), and reckless driving.<br><br>Mr. Streck was seen by Milton-Freewater Police on August 25, 2016, while driving a 2002 Chevrolet Suburban. The police officer knew who the suburban was registered to and contacted the owner's girlfriend to ascertain if the male who was currently driving the suburban had permission to drive it. The officer confirmed Mr. Streck was given permission to drive the vehicle. The officer learned Mr. Streck had an active felony warrant with the Washington State Department of Corrections. The officer started to move toward Mr. |

Streck's direction. When Mr. Streck noticed the officer, he spun his vehicle around and backed into a tree, then sped away from the officer. The officer chased Mr. Streck through Milton-Freewater, Oregon, with speeds reaching about 50 miles-per-hour. The pursuit continued into fields and near a ditch, where Mr. Streck eventually got out of the vehicle and ran on foot into the ditch. As the officer approached, Mr. Streck gave up and complied with verbal commands and was taken into custody.

2   **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Streck is considered to be in violation of his conditions of supervised release by using methamphetamine on or about August 23, 2016, through August 25, 2016.

Mr. Streck admitted to using methamphetamine between August 23, and August 25, 2016. He signed a drug use admission form admitting to this use when he was at the U.S. Probation Office on September 16, 2016.

3   **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Streck is considered to be in violation of his conditions of supervised release by being in the State of Oregon without permission on August 25, 2016.

Mr. Streck was arrested in Milton-Freewater, Oregon, on August 25, 2016, and charged with new law violations. He was booked into the Umatilla County Jail. Mr. Streck had not obtained permission from his supervising U.S. Probation officer to be out of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 20, 2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Streck III, Richard Dennis**
**September 20, 2016**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

___09/20/2016_____
Date