Report Date: January 16, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Dennis Streck, III  Case Number: 0980 4:15CR06001-SMJ-1

Address of Offender:   Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 21, 2013

Original Offense:   Possession of Unregistered Firearm, 26 U.S.C. § 5861(d)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: March 11, 2015 | Prison - 4 months; TSR- 32 months | | |
| Revocation Sentence: October 1, 2015 | Prison - 11 months; TSR - 21 months | | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: | August 3, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | May 2, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/20/2016, and 12/26/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #7:** Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | **Supporting Evidence**: Richard Dennis Streck, III,, is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to December 20, 2017. |

On August 3, 2016, the offender signed his Judgment and Sentence noting he understood he was not to use controlled substances. The offender also signed his Treatment Services Contract Plan noting he understood he was to call Serenity Point Counseling Services daily and report for ransom drug testing when his color was called.

On December 20, 2017, the offender's color was called and he reported to Serenity Point Counseling Services for testing. The sample returned presumptive positive for amphetamine and it was forwarded for confirmation. The sample was confirmed positive for the presence of methamphetamine on December 23, 2017.

The U.S. Probation Office respectfully recommends the violation be incorporated with the violations alleged in the 9/20/2016 and 12/26/2017 violation reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 16, 2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other - The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Magistrate Judge

Signature of Judicial Officer

01/16/2018
Date