Report Date: February 8, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Dennis Streck, III      Case Number: 0980 4:15CR06001-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 21, 2013

Original Offense:      Possession of Unregistered Firearm, 26 U.S.C. § 5861(d)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: March 11, 2015 | Prison - 4 months; TSR- 32 months | |
| Revocation Sentence: October 1, 2015 | Prison - 11 months; TSR - 21 months | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: August 3, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 2, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/20/2016, 12/26/2017 and 01/16/2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #7:** Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |
| | **Supporting Evidence**: Richard Dennis Streck, III is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to February 7, 2018. |

On August 3, 2016, the offender signed his judgment noting he understood he was not to use controlled substances.

On February 7, 2018, the offender was directed to report to the probation office in Richland, Washington, and was notified he would need to submit a random drug test. The offender originally agreed to report but later drove to his home in Walla Walla, Washington, without reporting. After phone contact was made with the offender, he was advised the undersigned officer would be coming to his home to obtain the sample. The offender admitted he had been using methamphetamine and stated he did not need to be contacted. He was advised contact would occur and a sample would be needed or he would need to sign an admission form to the use. Contact was made with the offender and he signed an admission form stating he had used methamphetamine on February 7, 2018.

The U.S. Probation Office respectfully recommends the violation be incorporated with the violations alleged in the September 20, 2016, December 12, 2017, and January 16, 2018, violation reports.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 8, 2018 |
| | s/David L. McCary |
| | David L. McCary<br>U.S. Probation Officer |

---

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ X ]   Other - The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

   [ X ]   Defendant to appear before the Judge assigned to the case.

_____
Signature of Judicial Officer

    02/08/2018
Date